# **EXHIBIT B**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. _____

MONIQUE ROBSON,

    Plaintiff,

vs.

D.R. HORTON, INC.,

    Defendant.
_____/

## SWORN DECLARATION OF AMANDA TERCERO

I, Amanda Tercero, hereby declare as follows:

### D.R. Horton, Inc.'s Citizenship:

1. I am currently employed as an HR Manager of D.R. Horton, Inc. ("D.R. Horton") and have served in this position since June 1, 2016. I have been employed with D.R. Horton since February 24, 2014. I have personal knowledge of the facts set forth in this declaration, or I have knowledge of such facts based upon the corporate records of D.R. Horton which I have reviewed. Such corporate records are maintained in the regular course of business.

2. At the time this action was filed and at the time of this declaration, D.R. Horton is a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of Texas.

3. At the time this action was filed and at the time of this declaration, D.R. Horton has never been organized under the laws of Florida.

4. D.R. Horton has never established its principal place of business in Florida.

**Monique Robson's Employment History with D.R. Horton:**

5. Plaintiff, Monique Robson ("Plaintiff"), began her employment with D.R. Horton in November of 2015.

6. Plaintiff's employment with D.R. Horton was terminated on May 13, 2020.

7. Prior to Plaintiff's termination, she was paid an annual salary of $55,000.

I have read this Declaration and swear under penalty of perjury that the foregoing facts are based on my personal knowledge, and are true and correct to the best of my knowledge, information, and belief.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED: 4/03/2021

_____
AMANDA TERCERO