# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MONIQUE ROBSON,

      Plaintiff,

v.                                                                   Case No:   6:21-cv-719-GAP-LRH

D.R. HORTON, INC.,

      Defendant.

## ORDER

This cause comes before the Court on Defendant's Motion to Compel Arbitration and Dismiss or, in the Alternative, Stay Proceedings Pending Arbitration (Doc. 4), filed April 29, 2021.

On August 12, 2021, the United States Magistrate Judge issued a report (Doc. 28) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Defendant's Motion to Compel Arbitration and Dismiss or, In the Alternative, Stay Proceedings Pending Arbitration is **GRANTED IN PART and DENIED IN PART**.

3. The parties shall submit to arbitration pursuant to the mutual arbitration agreement.

4. This case is **STAYED** pending the outcome of arbitration. Defendant shall file with the Court a status report of the arbitration by December 1, 2021, and every 90 days thereafter, until the conclusion of the arbitration proceedings.

5. In all other respects the motion is **DENIED**.

6. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 1, 2021.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party